**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| CAROLYNNE A BARTOLINI | § | Case No. 11-09378 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/08/2015 in Courtroom 742 (Judge Doyle),

EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: ________________ By: ____________________________________

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAROLYNNE A BARTOLINI | § | Case No. 11-09378 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,250.24 |
| and approved disbursements of | $ | 215.25 |
| leaving a balance on hand of[1] | $ | 5,034.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,275.02 | $ 0.00 | $ 1,275.02 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 2,077.28 | $ 0.00 | $ 2,077.28 |
| Other: INTERNATIONAL SURETIES LTD. | $ 7.38 | $ 7.38 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,352.30 |
| Remaining Balance | $ | 1,682.69 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 113,784.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 8,120.38 | $ 0.00 | $ 120.09 |
| 2 | DISCOVER BANK | $ 15,723.99 | $ 0.00 | $ 232.53 |
| 3 | FIA CARD SERVICES N. A. | $ 4,463.09 | $ 0.00 | $ 66.00 |
| 4 | FIFTH THIRD BANK | $ 85,477.24 | $ 0.00 | $ 1,264.07 |

Total to be paid to timely general unsecured creditors     $ 1,682.69

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-09378 |
| | ) | |
| CAROLYNNE A. BARTOLINI, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |

**CERTIFICATE OF NOTICE**

I, Christina Smith, declare under the penalty of perjury that on I have sent the attached document to the recipients listed below in the manner shown this 6th day of March, 2015, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

/s/ Christina Smith

SUBSCRIBED AND SWORN to
Before me this 6th day of March, 2015

Notary Public

NOTARY PUBLIC
OFFICIAL
SEAL
STATE OF ILLINOIS
DANIELA M ORTIZ
MY COMMISSION EXPIRES
AUGUST 9, 2015

# Mailing Information for Case 11-09378

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Thomas M Britt tmblawstf1@sbcglobal.net
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Donald L. Newman dnewmanassoc@yahoo.com, dnewmanassoc@yahoo.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

    American InfoSource LP as agent for TD Bank, USA
    PO Box 248866
    Oklahoma City, OK 73124-8866

United States Bankruptcy Court
Northern District of Illinois

In re:
Carolynne A Bartolini
Debtor

Case No. 11-09378-CAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: ccabrales Page 1 of 2 Date Rcvd: Mar 09, 2015
Form ID: pdf006 Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2015.

```
db             +Carolynne A Bartolini,   8246 S Laramie,   Burbank, IL 60459-2741
aty            +William Cross,   Frank/Gecker LLP,   325 N. LaSalle St.,   Chicago, IL 60654-6465
aty             Zane L Zielinski,   Frank/Gecker LLP,   325 North LaSalle Street,   Suite 625,
                 Chicago, IL  60610
17535285      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  FIA CARD SERVICES, N.A.,   PO Box 15102,
                 Wilmington, DE 19886-5102)
16922932      ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court:  Fifth Third Bank,   5050 Kingsley,   Cincinnati, OH  45263)
17602648       +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
16922933        GM World Card,   c/o Customer Care,   PO Box 80082,   Salinas, CA  93912-0082
16922934        Heart Care Center,   c/o ICS,   PO Box 1010,   Tinley Park, IL  60477-9110
16922935        Target National Bank,   c/o Blatt, Hasenmiller et al,   125 S Wacker Dr, Ste 400,
                 Chicago, IL  60606-4440
16922936        United Credit Union,   4444 S Pulaski Road,   Chicago, IL  60632-4011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17517741        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2015 01:47:02
                 American InfoSource LP as agent for,   Target,   PO Box 248866,
                 Oklahoma City, OK  73124-8866
20320039        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2015 01:46:29
                 American InfoSource LP as agent for TD Bank, USA,   PO Box 248866,
                 Oklahoma City, OK  73124-8866
16922929       +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 10 2015 01:38:27     Bank of America,
                 c/o NCO Financial Systems,   507 Prudential Road,   Horsham, PA 19044-2308
16922931        E-mail/PDF: mrdiscen@discover.com Mar 10 2015 01:40:59     Discover,   PO Box 6103,
                 Carol Stream, IL  60197-6103
17518029        E-mail/PDF: mrdiscen@discover.com Mar 10 2015 01:40:59     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
                                                                                        TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Frank/Gecker LLP
16922930*      +Carolynne A  Bartolini,   8246 S Laramie,   Burbank, IL 60459-2741
16922928      ##Bank of America,   PO Box 15026,   Wilmington, DE  19850-5026
                                                                                        TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2015 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2015 at the address(es) listed below:

```
              Donald L. Newman   on behalf of Creditor   United Credit Union dnewmanassoc@yahoo.com,
                dnewmanassoc@yahoo.com
              Frances  Gecker   fgecker@fgllp.com,  fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Micah R Krohn   on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
                ccarpenter@fgllp.com;csmith@fgllp.com
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
              Thomas M Britt   on behalf of Debtor Carolynne A Bartolini tmblawstf1@sbcglobal.net
```

Certificate of Notice Page 8 of 8

District/off: 0752-1 User: ccabrales Page 2 of 2 Date Rcvd: Mar 09, 2015
Form ID: pdf006 Total Noticed: 15

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Zane L Zielinski on behalf of Trustee Frances Gecker zzielinski@wfactorlaw.com, nbouchard@wfactorlaw.com

TOTAL: 6