UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 11-09378 |
| CAROLYNNE A. BARTOLINI, ) | | |
| ) | Chapter: | 7 |
| ) | Honorable Carol Doyle | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of FrankGecker LLP For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given to all unpaid creditors; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. FrankGecker LLP is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $2,060.00;

2. FrankGecker LLP is hereby allowed reimbursement of actual, necessary expenses in the amount of $17.28; and

3. Frances Gecker, not individually, but as Chapter 7 Trustee of the bankruptcy estate of CAROLYNNE A. BARTOLINI, is hereby authorized to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $2,077.28.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: April 08, 2015

**Prepared by:**

Reed Heiligman (IL ARDC #6294312)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
rheiligman@fgllp.com