UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CAROLYNNE A BARTOLINI § Case No. 11-09378
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                     Assets Exempt: 7,850.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,682.69    Claims Discharged
                                              Without Payment: 129,261.08

Total Expenses of Administration: 3,567.55

3) Total gross receipts of $ 5,250.24 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,250.24 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,600.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,567.55 | 3,567.55 | 3,567.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 122,038.00 | 115,048.77 | 115,048.77 | 1,682.69 |
| **TOTAL DISBURSEMENTS** | $ 125,638.00 | $ 118,616.32 | $ 118,616.32 | $ 5,250.24 |

4) This case was originally filed under chapter 7 on 03/07/2011 . The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/20/2015          By:/s/Frances Gecker
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicles | 1129-000 | 5,250.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.24 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,250.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 United Credit Union 4444 S Pulaski Road Chicago IL 60632-4011 | | 3,600.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 3,600.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 1,275.02 | 1,275.02 | 1,275.02 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 7.38 | 7.38 | 7.38 |
| Suite 420 701 Poydras Street New Orleans, LA 70139 | 2300-000 | NA | 4.72 | 4.72 | 4.72 |
| BANK OF AMERICA | 2600-000 | NA | 13.15 | 13.15 | 13.15 |
| Bank of New York Mellon | 2600-000 | NA | 190.00 | 190.00 | 190.00 |
| FRANKGECKER LLP | 3110-000 | NA | 2,077.28 | 2,077.28 | 2,077.28 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,567.55 | $ 3,567.55 | $ 3,567.55 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :2 Bank of America c/o NCO Financial Systems 507 Prudential Road Horsham PA 19044 | | 4,465.00 | NA | NA | 0.00 |
| | Creditor # :5 GM World Card c/o Customer Care PO Box 80082 Salinas CA 93912-0082 | | 6,925.00 | NA | NA | 0.00 |
| | Creditor # :6 Heart Care Center c/o ICS PO Box 1010 Tinley Park IL 60477-9110 | | 905.00 | NA | NA | 0.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 8,120.00 | 8,120.38 | 8,120.38 | 120.09 |
| 2 | DISCOVER BANK | 7100-000 | 15,850.00 | 15,723.99 | 15,723.99 | 232.53 |
| 3 | FIA CARD SERVICES N. A. | 7100-000 | 4,465.00 | 4,463.09 | 4,463.09 | 66.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | FIFTH THIRD BANK | 7100-000 | 81,308.00 | 85,477.24 | 85,477.24 | 0.00 |
|  | FIFTH THIRD BANK | 7100-000 | NA | 1,264.07 | 1,264.07 | 1,264.07 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 122,038.00 | $ 115,048.77 | $ 115,048.77 | $ 1,682.69 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-09378 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | CAROLYNNE A BARTOLINI | | | | Date Filed (f) or Converted (c): | 03/07/2011 (f) |
| | | | | | 341(a) Meeting Date: | 04/21/2011 |
| For Period Ending: | 11/20/2015 | | | | Claims Bar Date: | 10/06/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Investment Property: 50509 Maple Road Marcellus, M | 100,000.00 | 98,000.00 | | 0.00 | 98,000.00 |
| 2. Financial Accounts | 300.00 | 0.00 | | 0.00 | FA |
| Checking Account with Old Plank Trail Bank (Mokena) Location: In debtor's possession | | | | | |
| 3. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| Miscellaneous Household Goods Location: In debtor's possession | | | | | |
| 4. Wearing Apparel | 750.00 | 0.00 | | 0.00 | FA |
| Miscellaneous Wearing Apparel Location: In debtor's possession | | | | | |
| 5. Insurance Policies | 900.00 | 0.00 | | 0.00 | FA |
| Life Insurance with State Farm Location: In debtor's possession | | | | | |
| 6. Vehicles | 8,000.00 | 5,600.00 | | 5,250.00 | FA |
| 2008 Hyundai Sante Fe w/35,000 miles Location: In debtor's possession | | | | | |
| INT. Post-Petition Interest Deposits           (u) | 0.00 | N/A | | 0.24 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $111,450.00    $103,600.00         $5,250.24    $98,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A TFR IN THIS CASE.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-09378 | Trustee Name: Frances Gecker |
| Case Name: CAROLYNNE A BARTOLINI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2077 |
| | Checking |
| Taxpayer ID No: XX-XXX0588 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/20/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/15 | | Transfer from Acct # xxxxxx7171 | Changed Banks - transferred funds of stale check | 9999-000 | $1,264.07 | | $1,264.07 |
| 09/25/15 | 5001 | FIFTH THIRD BANK<br>1830 EAST PARIS S.E., MS #RSCB3E<br>GRAND RAPIDS, MI  49546 | Final distribution representing payment of 1.48% per Court Order of Claim No. 4 | 7100-000 | | $1,264.07 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $1,264.07 | $1,264.07 |
| Less: Bank Transfers/CD's | $1,264.07 | $0.00 |
| Subtotal | $0.00 | $1,264.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $1,264.07 |

Page Subtotals:                $1,264.07            $1,264.07

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-09378 | Trustee Name: | Frances Gecker |
| Case Name: | CAROLYNNE A BARTOLINI | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX5566 |
| | | | MONEY MARKET |
| Taxpayer ID No: | XX-XXX0588 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/20/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/05/11 | 6 | PNC BANK - CASHIER'S CHECK Debtor | Purchase of Vehicle | 1129-000 | $5,250.00 | | $5,250.00 |
| 07/29/11 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $5,250.03 |
| 08/31/11 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.05 | | $5,250.08 |
| 09/30/11 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,250.12 |
| 10/31/11 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,250.16 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $6.69 | $5,243.47 |
| 11/30/11 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,243.51 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $6.46 | $5,237.05 |
| 12/29/11 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $0.04 | | $5,237.09 |
| 12/29/11 | | Transfer to Acct # XXXXXX2095 | Bank Funds Transfer | 9999-000 | | $5,237.09 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,250.24 | $5,250.24 |
| Less: Bank Transfers/CD's | $0.00 | $5,237.09 |
| Subtotal | $5,250.24 | $13.15 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,250.24 | $13.15 |

Page Subtotals: $5,250.24  $5,250.24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-09378
Case Name: CAROLYNNE A BARTOLINI
Taxpayer ID No: XX-XXX0588
For Period Ending: 11/20/2015

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX2095
GENERAL CHECKING
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | | Transfer from Acct # XXXXXX5566 | Bank Funds Transfer | 9999-000 | $5,237.09 | | $5,237.09 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $5,237.09 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,237.09 | $5,237.09 |
| Less: Bank Transfers/CD's | $5,237.09 | $5,237.09 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $5,237.09   $5,237.09

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-09378  
Case Name: CAROLYNNE A BARTOLINI  
Taxpayer ID No: XX-XXX0588  
For Period Ending: 11/20/2015  

Trustee Name: Frances Gecker  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX7171  
GENERAL CHECKING  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $5,237.09 | | $5,237.09 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | Blanket Bond #016026455 | 2300-000 | | $4.72 | $5,232.37 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $4.27 | $5,228.10 |
| 03/11/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEES | 2600-000 | | $5.73 | $5,222.37 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,212.37 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,202.37 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,192.37 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,182.37 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,172.37 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,162.37 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,152.37 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,142.37 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,132.37 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,122.37 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $7.38 | $5,114.99 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,104.99 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,094.99 |

Page Subtotals: $5,237.09 $142.10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-09378 | Trustee Name: | Frances Gecker |
| Case Name: | CAROLYNNE A BARTOLINI | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7171 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX0588 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/20/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,084.99 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,074.99 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,064.99 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,054.99 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,044.99 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,034.99 |
| 04/09/15 | 10002 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,275.02 | $3,759.97 |
| 04/09/15 | 10003 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,077.28 | $1,682.69 |
| 04/09/15 | 10004 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>PO BOX 248866<br>OKLAHOMA CITY, OK  73124-8866 | Final distribution to claim 1 representing a payment of 1.48 % per court order. | 7100-000 | | $120.09 | $1,562.60 |
| 04/09/15 | 10005 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Final distribution to claim 2 representing a payment of 1.48 % per court order. | 7100-000 | | $232.53 | $1,330.07 |
| 04/09/15 | 10006 | FIA CARD SERVICES N. A.<br>PO Box 15102<br>Wilmington, DE  19886-5102 | Final distribution to claim 3 representing a payment of 1.48 % per court order. | 7100-000 | | $66.00 | $1,264.07 |
| 04/09/15 | 10007 | FIFTH THIRD BANK<br>PO BOX 829009<br>DALLAS, TX  75382 | Final distribution to claim 4 representing a payment of 1.48 % per court order. | 7100-000 | | $1,264.07 | $0.00 |
| 08/26/15 | 10007 | FIFTH THIRD BANK<br>PO BOX 829009<br>DALLAS, TX  75382 | Final distribution to claim 4 representing a payment of 1.48 % per court order. Reversal Reversed check - stale check. | 7100-000 | | ($1,264.07) | $1,264.07 |

| | | | Page Subtotals: | | $0.00 | $3,830.92 |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-09378 | Trustee Name: Frances Gecker |
| Case Name: CAROLYNNE A BARTOLINI | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7171 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX0588 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/20/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/15 | | Transfer to Acct # xxxxxx2077 | Changed Banks - transferred funds of stale check | 9999-000 | | $1,264.07 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,237.09 | $5,237.09 |
| Less: Bank Transfers/CD's | $5,237.09 | $1,264.07 |
| Subtotal | $0.00 | $3,973.02 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $3,973.02 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $1,264.07 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2077 - Checking | $0.00 | $1,264.07 | $0.00 |
| XXXXXX2095 - GENERAL CHECKING | $0.00 | $0.00 | $0.00 |
| XXXXXX5566 - MONEY MARKET | $5,250.24 | $13.15 | $0.00 |
| XXXXXX7171 - GENERAL CHECKING | $0.00 | $3,973.02 | $0.00 |
| | $5,250.24 | $5,250.24 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,250.24 |
| Total Gross Receipts: | $5,250.24 |